# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ANNE L. MEDLEY,

                Plaintiff,

v.

                Case No. 16-CV-1712-JPS

HOUSING AUTHORITY OF CITY OF
MILWAUKEE, WISCONSIN and
SHARONNE Y. FRIER,

                **ORDER**

                Defendants.

On December 28, 2016, Plaintiff filed this action *pro se*, and the matter was assigned to Magistrate Judge David E. Jones. (Docket #1). Defendant Housing Authority of the City of Milwaukee, Wisconsin has entered an appearance in this action, but Defendant Sharonne Y. Frier ("Frier") has not. On June 26, 2017, Magistrate Jones directed Plaintiff to provide evidence of service on Frier. When she failed to do so, Magistrate Jones issued a report and recommendation to this Court that Frier be dismissed from this action. (Docket #20); *Coleman v. Labor & Indus. Review Comm'n*, No. 15-3254, 2017 U.S. App. LEXIS 10721, at *1–2 (7th Cir. 2017) (a district judge is required to actually dismiss a defendant without full consent to magistrate judge jurisdiction from all parties). Magistrate Jones' recommendation was issued on August 1, 2017. *Id.*

Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), any written objections to that recommendation, or any part thereof, were to be filed within fourteen days of the date of service of the recommendation. To date, no party has filed

such an objection. The Court has considered Magistrate Jones' recommendation and, having received no objection thereto, will adopt it.[1]

Accordingly,

**IT IS ORDERED** that Magistrate Judge David E. Jones' report and recommendation (Docket #20) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that Defendant Sharonne Y. Frier be and the same is hereby **DISMISSED** from this action.

The Clerk of the Court is directed to return this case to Magistrate Judge David E. Jones given that consent to proceed before a magistrate judge has been received by all remaining parties.

Dated at Milwaukee, Wisconsin, this 17th day of August, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge

---

[1]Since Magistrate Jones issued his recommendation, Plaintiff has made two submissions. The first, from August 2, 2017, is a receipt of Plaintiff's payment for process service by "Southeast Wisc. Process." (Docket #21). The second, filed on August 10, 2017 is a return of service for various documents, including a minute sheet for a hearing Plaintiff participated in before Magistrate Jones on June 20, 2017. (Docket #24 and #24-1 at 1-2). However, the summons and complaint Magistrate Jones directed Plaintiff to serve were not included in that service packet. *See generally* (Docket #24-1). Thus, not only did Plaintiff fail to file an objection to Magistrate Jones' recommendation, she has still not offered evidence of proper service on Frier.